JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD SMITH,** | Case No. CV15-2425 MWF (AGR) |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN SOTO,** | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
The Honorable Michael W. Fitzgerald

1